Maurice **JOHNSON**, Appellant,

v.

**UNITED STATES of America,**
**Appellee.**

**No. 15442.**

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 18, 1960.

Decided Feb. 25, 1960.

Petition for Rehearing En Banc Denied
March 16, 1960.

Mr. Andrew T. Altmann, Washington, D. C. (appointed by this Court), for appellant.

Mr. Daniel J. McTague, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before EDGERTON, DANAHER, and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant was convicted of house-breaking and larceny. We find no error.

Affirmed.